| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-00221-KJM |
| Plaintiff, | |
| v. | |
| TRAVIS WONG, | |
| Defendant. | |
| _____ | |
| UNITED STATES OF AMERICA, | No. 2:19-cr-00030-JAM |
| Plaintiff, | |
| v. | RELATED CASE ORDER |
| JEFFERY PARSONS, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, both actions involve some of the same parties and the same or similar claims, the same property, transaction or event, and similar questions of fact and law. Local Rule 123(a)(3). Accordingly, assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

1

| | |
|---|---|
| 1 | The parties should be aware that relating cases under Rule 123 causes the actions |
| 2 | to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related |
| 3 | cases are generally assigned to the judge to whom the first filed action was assigned. |
| 4 | As a result, it is hereby ORDERED that 2:19-cr-00030-JAM is reassigned from |
| 5 | Judge John A. Mendez to the undersigned.  Henceforth, the caption on documents filed in the |
| 6 | reassigned case shall be shown as: 2:19-cr-00030-KJM. |
| 7 | It is further ORDERED that the Clerk of the Court make appropriate adjustment in |
| 8 | the assignment of criminal cases to compensate for this reassignment. |
| 9 | IT IS SO ORDERED. |
| 10 | DATED:  February 22, 2019. |

_____
UNITED STATES DISTRICT JUDGE