HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
JEFFERY PARSONS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERY PARSONS, <br><br> Defendant. | Case No. 2:19-CR-00030-KJM <br><br> REQUEST AND ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285 <br><br> Judge: Hon. Carolyn K. Delaney |

## BACKGROUND

Mr. Parsons lives in Dillon, Montana, where he and his wife moved to take care of her ailing father. He recently lost his full time employment. Given the needs of her father and the limited employment opportunities in the area, both Mr. Parsons and his wife have struggled to find consistent employment. They also have significant debts, including an agreement to pay forfeiture in this case.

Because Mr. Parsons cannot afford to hire an attorney, the Federal Defender's office was appointed pre-indictment in this matter to represent him. The parties reached a pre-indictment resolution, and on February 7, 2019, the government filed the information charging him under 18 U.S.C. §§ 371, 981(a)(1)(C), and 28 U.S.C. § 2461(c). His arraignment and plea hearing are set

for March 11, 2019 before the Hon. Kimberly J. Mueller. Mr. Parsons is unable to pay for his transportation to Sacramento, California for that hearing.

**LEGAL STANDARD**

If the Court finds that the defendant is "financially unable to provide the necessary transportation to appear before the required court on his own" then the Court may order the U.S. Marshal Service to arrange for the person's noncustodial transportation to appear in court. The U.S. Marshal Service may also be authorized to provide money for subsistence as provided for under 5 U.S.C. §5702(a). *See* 18 U.S.C. § 4285. This statute applies even where a defendant must travel to "another judicial district in which criminal proceedings are pending". 18 U.S.C. § 4285.

**REQUEST**

The facts presented do indicate that the defendant would not be able to pay for the cost of his transportation and support his other financial obligations to the Eastern District of California for his court appearance scheduled for March 11, 2019. Mr. Parsons is willing to drive his personal vehicle at the rate of 0.20 a mile for a total mileage for round trip of 1782 miles for a total of $356.40 round trip. He plans on staying with family along the way but will need subsistence for his stay on Sunday, March 10, 2019 for his hotel stay in Sacramento, California prior to his court hearing. Accordingly, the defendant requests that this Court order for payments pursuant to 18 U.S.C. § 4285. A hearing on this matter is not requested.

Dated: February 28, 2019

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ Mia Crager
        MIA CRAGER
        Assistant Federal Defender
        Attorney for Defendant
        JEFFERY PARSONS

HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700  Fax: 916-498-5710

Attorneys for Defendant
JEFFREY PARSONS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 2:19-CR-00030-KJM |
| Plaintiff, | ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| JEFFREY PARSONS, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This Order is to authorize and direct you to furnish the above named defendant, JEFFREY PARSONS, the cost for mileage from his place of residence in Dillon, Montana to his court appearance scheduled on March 11, 2019 at the California Eastern District Federal Courthouse located in Sacramento, California pursuant to 18 U.S.C. § 4285. Subsistence travel expenses are also authorized up to the limits set by 5 U.S.C. 5702(a). The Court has been presented with information indicating that Mr. Parsons is indigent and without funds to purchase pay for his travels.

IT IS SO ORDERED.

Dated: March 1, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-3-