McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
TEL: (916) 554-2700
FAX: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY PARSONS,<br><br>Defendant. | CASE NO. 2:19-CR-00030-KJM<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On March 11, 2019, defendant Jeffery Parsons entered guilty pleas to Count One and Count Two of the information, each of which charged him with conspiracy, in violation of 18 U.S.C. § 371.

As part of his plea agreement with the United States, defendant Jeffery Parsons agreed to forfeit voluntarily and immediately $230,829.04, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 371 to which he has pled guilty. See Defendant Parsons' Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Jeffery Parsons in the amount of $230,829.04.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant

Jeffery Parsons' convictions for violating 18 U.S.C. § 371 (Counts One and Two).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offenses of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED:  4/15/2019

McGREGOR W. SCOTT
United States Attorney

 /s/ Matthew Thuesen
MATTHEW THUESEN
Assistant U.S. Attorney

## **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Jeffery Parsons in the amount of $230,829.04.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

DATED:  April 17, 2019.

_____
UNITED STATES DISTRICT JUDGE