IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFERY PARSONS,<br><br>  Defendant. | CASE NO. 2:19-CR-30 KJM<br><br>ORDER SEALING EXHIBIT 2 TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S EMERGENCY MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)(i) (COVID-19) |

For the reasons provided in the Government's Notice of Request and Request to Seal Exhibit 2 to the Government Opposition to Defendant's Emergency Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) ("Exhibit 2"), *see* ECF No. 63, and good cause having been shown, the court ORDERS that Exhibit 2 shall remain under seal until further order of the court. This order resolves ECF No. 63.

IT IS SO ORDERED.

DATED: March 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1