IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JEFFERY PARSONS,<br><br>　　Defendant. | Case No. 2:19-CR-0030 KJM<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS; ORDER** |

　　Mr. Parsons asks the court to file his medical records under seal in order to protect his privacy under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-91. *See* Local Rule 141; ECF No. 61. The records to be sealed consist of four pages of "visit notes" from his personal physician dated September 11, 2020, and 50 pages of records from Bureau of Prisons Health Services, dating from October 2020. The records support of his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF 60. Counsel has provided the records to be sealed via email to the court and to government counsel.

/ / / / /

/ / / / /

/ / / / /

-1-

Mr. Parsons asks that the records remain under seal until further order of the court. A proposed order follows.

                                      Respectfully submitted,

                                      HEATHER WILLIAMS
                                      Federal Public Defender

Dated: February 25, 2021                */s/ T. Zindel*
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JEFFERY PARSONS

**O R D E R**

The court grants defendant's request to seal to protect his private medical information. *See Chester v. King*, No. 1:16-cv-01257, 2019 U.S. Dist. LEXIS 154413, at *5 (E.D. Cal. Sep. 10, 2019) ("This court, and others within the Ninth Circuit, have recognized that the need to protect medical privacy qualifies as a 'compelling reason' for sealing records."). The court directs the Clerk's Office to docket the records referenced above under seal, pending further order of the court. This order resolves ECF No. 61.

       IT IS SO ORDERED.

DATED: March 30, 2021.

                                                  CHIEF UNITED STATES DISTRICT JUDGE