UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>                    Plaintiff,<br><br>    v.<br><br>Jeffery Parsons,<br><br>                    Defendant. | No. 2:19-CR-0030 KJM<br><br>ORDER |

Defendant Jeffery Parsons moves for compassionate release under 18 U.S.C. § 3582(c)(1)(A), citing his vulnerability to COVID-19 due to his documented medical conditions: obesity, hypertension, hyperlipidemia, and obstructive sleep apnea as well as incidents of COVID-19 positive cases at the Nevada Southern Detention Center (NSDC), a private facility in Pahrump, Nevada, where he currently is housed. Mot., ECF No. 60; Reply, ECF No. 64. He is allegedly being denied the correct dose of his high blood pressure medication as prescribed by his personal physician, and the use of his CPAP machine to treat his obstructive sleep apnea. Reply at 4. The government concedes Mr. Parsons did not receive any blood pressure medication while previously housed for four months in the Special Housing Unit (SHU), for "administrative" reasons, at FCI Herlong in California. Opp'n at 11, ECF No. 62. The government opposes Parsons motion principally on grounds that Mr. Parsons' transfer to NSDC moots arguments of harsh confinement at SHU and his most recent medical record shows he is now receiving his high

1

blood pressure medication as prescribed. *Id.* The government's opposition does not provide data on the number of COVID-19 positive cases at NSDC. Defendant provides links to local news articles noting serious problems with COVID-19 at NSDC at the time the articles were published. *See* Reply at 3 n.3–4.

To allow the court to properly assess Mr. Parsons' motion, the court directs the government to provide the court, within seven days of this order, current COVID-19 data for NSDC, including numbers for the following categories: Inmates positive; Staff members positive; Inmate deaths; Staff deaths; Inmates Recovered and Staff Recovered, which is the same information the court is able to obtain for the Bureau of Prisons (BOP) own public facilities. *See* BOP "COVID-19 Cases." [1]

IT IS SO ORDERED.

DATED: April 1, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] https://www.bop.gov/coronavirus/index.jsp