IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>            v.<br><br>JEFFERY PARSONS,<br><br>                  Defendant. | CASE NO.  2:19-CR-00030-KJM<br><br>ORDER SEALING DOCUMENTS IN GOVERNMENT'S NOTICE |

       The government moves to seal its Request to Seal, ECF No. 74, and Exhibits 1 & 2 to the Government's Response to Defendant's Status Report, ECF No. 73. *See* Local Rule 141(b). The records to be sealed consist of Bureau of Prisons (BOP) medical records pertaining to defendant.

       Based upon the representation contained in the government's request, the court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The court finds that, for the reasons stated in the Government's Request, sealing the Governments's Request and Exhibits 1 & 2 serves a compelling interest. The court further finds that, in the absence of closure, the compelling interests identified by the government would be

harmed.  In light of the public filing of its Notice to Seal, the court further finds there are no additional alternatives to sealing the Government's Request and Exhibits 1 & 2 that would adequately protect the compelling interests identified by the government.

The court grants the Government's Request to seal to protect defendant's private medical information.  This order resolves ECF No. 74.

DATED:  April 26, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE